MORRIS NEWMAN, Appellant, *v.* GEORGE A. REYNOLDS, Respondent.

(Argued February 2, 1886; decided February 12, 1886.)

*P. J. Joachimsen* for appellant.

*Benno Loewy* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JOHN V. RECTOR, Appellant, *v.* RIDGEWOOD ICE COMPANY, Respondent.

(Argued February 2, 1886; decided February 12, 1886.)

*S. W. Rosendale* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

NICHOLAS ALBERT et al., Respondents, *v.* ALBERT BACK et al., Appellants.

(Argued February 2, 1886; decided February 12, 1886.)

*A. Blumenstiel* for appellants.

*S. F. Kneeland* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.